UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION. § § § § JANET ZAHN, § Plaintiff, § v. § § 3M COMPANY; and § ARIZANT HEALTHCARE, INC. § Defendants. | CASE NO.: 16-CV-365 |

**PLAINTIFF'S MOTION FOR LEAVE TO OBTAIN SERVICE OUT OF TIME**

**COMES NOW,** Plaintiff, JANET ZAHN, by and through counsel of record, to motion this Court and requests leave of this Court to obtain service of defendant's 3M Company and Arizant Healthcare, Inc., out of time. For reason, counsel states he believed that the Original Complaint and Summons had been served by certified mail, but after review of the return receipts, it was determined that service was not obtained.

*s/ Michael L. Sexton*
_____
Missouri Bar No. 59519
Sexton & Shelor
6901 Shawnee Mission Pkwy.
Suite 111
Shawnee Mission, Kansas 66202
Tel. 913-789-7499
Fax. 913-789-7377
mls@sextonandshelor.com

ATTORNEY FOR PLAINTIFF

1